# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**VENOY LAKEITH HARTFIELD**                                                 **PLAINTIFF**

**VS.**                         **CIVIL ACTION NO. 1:08cv592-HSO-JMR**

**DAVID ALLISON**                                                             **DEFENDANT**

_____

## **FINAL JUDGMENT**

This matter came on to be heard on the Motion to Dismiss [26-1] filed by Defendant, David Allison, on March 18, 2009. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is hereby dismissed without prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 29th day of May, 2009.

                                                                      s/ John M. Roper

                                               CHIEF UNITED STATES MAGISTRATE JUDGE